UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONIKA GASOYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARSHALLS OF CA, LLC, a California Limited Liability Company; THE TJX COMPANIES, INC., a Massachusetts corporation; and DOES 1 through 50,<br><br>Defendants. | Case No. 2:20-cv-02600-PSG-AFM<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: February 11, 2020<br>Trial Date: None Set |

## [      ORDER

In consideration of the Parties' Joint Stipulation For Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and for good cause shown, it is hereby ordered that the above captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE.  Each party will bear its owns fees and costs.

**IT IS SO ORDERED.**

DATED: __3-29-2022_____

_____
Hon. Philip S. Gutierrez

1

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

80346864v.1